UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF NEW YORK
_____

UNITED STATES OF AMERICA,

                Plaintiff,

                                  ORDER

                                  08-CR-6273L

        v.

TERRY ERB,

                Defendant.
_____

        Sentencing is currently scheduled for May 26, 2010. By letter dated May 6, 2010, defendant's counsel requests yet another adjournment of the sentencing. This request is denied.

        The defendant pleaded guilty in December 2008, approximately 17 months ago. There have been seven prior adjournments of sentencing, all related to defendant's requests to deal with medical issues. The present request is based on a letter from the defendant himself. There does not appear to be any medical reason why sentencing cannot proceed as scheduled. If the defendant has additional medical issues, they can be dealt with through the Bureau of Prisons.

        IT IS SO ORDERED.

                                  _____
                                      DAVID G. LARIMER
                                    United States District Judge

Dated: Rochester, New York
        May 11, 2010.